FILED
JAN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ROBERT MICHAEL FALTISCO,           )   NO. CV 05-8739 SJO (FFM)
                                   )
           Petitioner,             )
                                   )   JUDGMENT
      v.                           )
                                   )
TOM L. CAREY, WARDEN,              )
                                   )
           Respondent.             )
_____)

   Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 1/17/08

_____
S. JAMES OTERO
United States District Judge